## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Robert Michael McHale  Jr.
McHale Law Firm
921 Ryan Street, Suite A
Lake Charles LA 70601

James M. Bauer
Fields Howell LLP
665 8th Street NW
Atlanta GA 30318

Harrece C. Gassery
Merlin Law Group, P.A.
201 St. Charles Ave., # 2500
New Orleans LA 70170

Charles K. Cicero, III
Merlin law Group, P.A.
201 St. Charles Ave, Ste. 2500
New Orleans LA 70170

Mary Watson Smith
Law Office Mary Watson Smith
3012 42nd Street
Metairie LA 70001

Thomas More Flanagan
Flanagan Partners LLP
201 St. Charles Ave., #3300
New Orleans LA 70170

Camille Gauthier
Flanagan Partners LLP
201 St. Charles Ave., #3300
New Orleans LA 70170

Javier Delgado
Merlin Law Group, P.A.
201 St. Charles Ave, Suite 250
New Orleans LA 70170

Dennis Bailey
Merlin Law Group, P.A.
201 St. Charles Ave., Suite 25
New Orleans LA 70170

Kansas M. Guidry
Flanagan Partners, LLP
201 St. Charles Ave. #3300
New Orleans LA 70170

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 4, 2024

**REHEARING ACTION: December 4, 2024**

**Docket Number: 23   00576-CW**

**LAKE CHARLES HOUSING AUTHORITY
VERSUS
CERTAIN UNDERWRITERS AT
LLOYD'S, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2022-4487**

**BEFORE JUDGES:**

> Hon. Candyce G. Perret
> Hon. Jonathan W. Perry
> Hon. Ledricka J. Thierry

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Lake Charles Housing Authority** is:

> <u>**APPLICATION FOR REHEARING GRANTED.**</u>
> <u>**WRIT DENIED.**</u>  Relator, Swiss Re Corporate Solutions Capacity Insurance Corporation, sought a supervisory writ from a judgment which denied its Declinatory Exception of Improper Venue and Motion to Dismiss for *Forum Non Conveniens*.  Considering the Louisiana Supreme Court's ruling in *Police Jury of Calcasieu Parish v. Indian Harbor Insurance Co., et al.*, 24-449 (La. 10/25/24), ___So.3d___, insurance policies with a political subdivision of this state are considered public contracts pursuant to La. R.S. 9:2778, and are, accordingly, subject to the prohibitory provisions therein.  As La.R.S. 9:2778 clearly evinces a strong public policy against forum selection clauses in public contracts, we hereby rescind our writ ruling of January 30, 2024, and deny the writ sought by Relator.

cc: Richard Todd Musgrave, Counsel for  the Respondent
    Rachel Ann Meese, Counsel for  the Respondent
    Leah N. Engelhardt, Counsel for  the Respondent
    Robert Irwin Siegel, Counsel for  the Respondent
    Sarah R. Smith, Counsel for  the Respondent
    Richard Edward King, Counsel for  the Respondent
    James K. Ordeneaux, Counsel for the Applicant
    Jennifer Voss, Counsel for the Applicant
    Henry Minor Pipes, III, Counsel for  the Respondent
    Cyril E. Smith, Counsel for  the Respondent